**Jeffrey Anthony WOODFORK, Plaintiff–Appellant,**

v.

**Aref FAKHOURY, Warden; et al., Defendants–Appellees.**

No. 11–55358.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Jeffrey Anthony Woodfork, San Diego, CA, pro se.

Lena Afary, Esquire, William N. Frank, Deputy Attorney General, AGCA–Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

California state prisoner Jeffrey Anthony Woodfork appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismiss-

al for failure to exhaust. *Sapp v. Kimbrell,* 623 F.3d 813, 821 (9th Cir.2010). We affirm.

The district court properly dismissed the action because Woodfork conceded that he did not exhaust administrative remedies and failed to show that those remedies were effectively unavailable to him. *See Woodford v. Ngo,* 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules); *Sapp,* 623 F.3d at 822 (exhaustion is not required where administrative remedies are "effectively unavailable").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

